# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | ORDER SETTING DEADLINE FOR ATTORNEYS TO REGISTER FOR CM/ECF<br><br>Case No. 3:24-md-3125-JO-VET |

The United States Judicial Panel on Multidistrict Litigation ("MDL") has assigned this Court to preside over consolidated pretrial proceedings pursuant to Title 28 U.S.C. § 1407 in this case. As of the date of this order there are numerous attorneys who have not yet registered in this district's Case Management/Electronic Case Files system ("CM/ECF") to file documents and to receive any filings in the case electronically. In the Southern District of California "[a]ll attorneys in good standing must register for access to the CM/ECF system." U.S. Dist. Court for the S. Dist. of Cal., Electronic Case Filing Administrative Policies and Procedures Manual § 1(f) (July 22, 2024), *see also* General Order 550 (S.D. Cal. May 22, 2006) (establishing procedural rules for electronic filing.) Accordingly, the Court orders all attorneys who have not yet registered for CM/ECF in this district to do so by **December 9, 2024**. *See United States v. Gray*, 876 F.2d 1411, 1414 (9th Cir. 1989) ("[W]e give district courts broad discretion in interpreting, applying, and determining the requirements of their own local rules and general orders.").

IT IS SO ORDERED.

DATED: December 3, 2024

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE