Lori E. Hammond
Darrell Christopher Robinson
Frost Brown Todd LLP
400 West Market Street
32nd Floor
Louisville, KY 40202
crobinson@fbtlaw.com
lhammond@fbtlaw.com

*Withdrawing Attorneys for Defendants
AngioDynamics, Inc. and Navilyst Medical, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No. 3:24-md-03125-JO-VET<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS ANGIODYNAMICS, INC. AND NAVILYST MEDICAL, INC.** |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Lori E. Hammond and Darrell Christopher Robinson of Frost Brown Todd LLP hereby withdraw as counsel of record for Defendants AngioDynamics, Inc. and Navilyst Medical, Inc. (collectively "Defendants") in the following actions, which are member cases of *In re AngioDynamics, Inc., and Navilyst Medical, Inc., Port Catheter Products Liability Litigation*, Case No 3:24-md-03125-JO-VET:

1. *JaiTonia Cain Harvey v. AngioDynamics, Inc., et al.*, Case No. 3:24-cv-01856-JO-VET;

2. *Claude Preston v. AngioDynamics, Inc., et al.*, Case No. 3:24-cv-01860-JO-VET; and

3. *Kimberly Howard v. AngioDynamics, Inc., et al.*, Case No. 3:24-cv-01861-JO-VET.

Attorneys Thomas Yoo and Amy McVeigh of Polsinelli LLP and Polsinelli P.C., respectively, will remain lead counsel for Defendants.

Dated: December 9, 2024

Respectfully Submitted,

**FROST BROWN TODD LLP**

By: <u>*/s/ Lori E. Hammond*</u>
Lori E. Hammond
Darrell Christopher Robinson
400 West Market Street
32nd Floor
Louisville, KY 40202
crobinson@fbtlaw.com
lhammond@fbtlaw.com

***Withdrawing Attorneys for Defendants, AngioDynamics, Inc. and Navilyst Medical, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, a true and correct copy of the foregoing document was electronically filed with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this Court. I further certify that foregoing document was also served by electronic mail to the following:

Adam M. Evans
Chelsea Dickerson
**DICKERSON OXTON, LLC**
1100 Main Street, Suite 2550
Kansas City, MO 64105
Tel: (816) 268-1965
aevans@dickersonoxton.com

Alexander C. Davis
445 Baxter Ave., Suite 275
Louisville, KY 40204
Tel: (502) 882-6000
alex@acdavislaw.com

*Counsel for Plaintiffs JaiTonia Cain Harvey, Claude Preston, and Kimberly Howard*

Danielle Rogers
**LANGDON & EMISON LLC**
911 Main Street
P.O. Box 220
Lexington, MO 64064
danielle@lelaw.com

*Counsel for Plaintiff Kimberly Howard*

/s/ Lori E. Hammond                .
**Withdrawing Attorney for Defendants, AngioDynamics, Inc. and Navilyst Medical, Inc.**

0157364.0791559   4937-3449-6259v2

-3-
Case No. 3:24-md-03125-JO-VET
NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS
ANGIODYNAMICS, INC. AND NAVILYST MEDICAL, INC.