THOMAS YOO (SBN 175118)
tyoo@polsinelli.com
AEVERIE POLINTAN (SBN 358614)
apolintan@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone:   (310) 556.1801
Facsimile:    (310) 556.1802

*Attorney for Defendants*
*AngioDynamics, Inc. and Navilyst Medical, Inc.*

(Other counsel are listed on signature page)

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No. 3:24-md-03125-JO-VET<br><br>**JOINT STATUS REPORT AND MOTION FOR STATUS CONFERENCE** |

### JOINT STATUS REPORT AND MOTION FOR STATUS CONFERENCE

The parties respectfully submit this Joint Status Report and Motion for Status Conference to keep the Court apprised on the parties' ongoing meet and confer efforts. Although the parties have agreed upon, and submitted to the Court, a proposed Direct Filing Order, which the Court approved and entered as CMO No. 1, the parties have several additional matters which will likely require the Court's guidance over the coming months.

To that end, the parties discussed the benefit of monthly, or other regularly scheduled, status conferences with the Court. Counsel believe that regularly scheduled status conferences

1  will ensure the smooth progression of this litigation. The parties also agree that it would be useful
2  for the parties to jointly submit written agendas and/or reports in advance of any status conference
3  at a set number of days in advance of each conference that would be convenient for the Court.
4  Plaintiffs believe that setting the first of those regular status conferences via Zoom in March is
5  appropriate. Defendants believe that setting the first of any regular status conferences in April is
6  appropriate. The parties are available on March 26, 2025, via Zoom, or on April 17, 2025,
7  following the Motion to Dismiss oral arguments.

    WHEREFORE, above premises considered, the parties request that this Court set a status conference as discussed herein. In the meantime, the parties will continue to meet and confer on any points of disagreement.

Dated: February 13, 2025

/s/ *Anne Schiavone*
Anne Schiavone (Admitted *Pro Hac Vice*)
**HOLMAN SCHIAVONE LLC**
4600 Madison Ave, Ste 810
Kansas City, MO 64112
Phone: (816) 283-8738
Facsimile: (816) 283-8739
Email: aschiavone@hslawllc.com

/s/ *R. Andrew Jones*
R. Andrew Jones (Admitted *Pro Hac Vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone : (205) 328-2200
Facsimile: (205) 324-7896
Email: ajones@corywatson.com

**AVA LAW GROUP**

/s/ *Andrew Van Arsdale*
Andrew Van Arsdale
CA State Bar No. 323370
3667 Voltaire Street
San Diego, CA 92106
Telephone: (800) 777-4141
Facsimile: (619) 222-3667
andrew@avalaw.com

2

101911599.1

*Attorneys for Plaintiffs*

/s/ *Thomas J. Yoo*
Thomas J. Yoo
Aeverie Polintan
**POLSINELLI LLP**
2049 Century Park East
Suite 2900
Los Angeles, CA 90067
Tel : 310.229.1337
tyoo@polsinelli.com


/s/ *Amy McVeigh*
Amy McVeigh (Admitted *Pro Hac Vice*)
Daniel Winters (Admitted *Pro Hac Vice*)
Whitney Mayer (Admitted *Pro Hac Vice*)
**POLSINELLI PC**
Three Logan Square
1717 Arch Street, Suite 2800
Philadelphia, PA  19103
T:  215-267-3025
F:  215-754-5208
amcveigh@polsinelli.com


*Attorney for Defendants AngioDynamics, Inc., and Navilyst Medical, Inc.*


/s/ *Daniel J. Herling*
Daniel J. Herling
Arameh Zargham O'Boyle
**MINTZ**
Century Plaza Towers
2049 Century Park East
Suite 300
Los Angeles, CA 90067
Tel : 310.586.3200
djherling@mintz.com
azoboyle@mintz.com

*Attorneys for Defendant PFM Medical, Inc.*

3

101911599.1

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF filing system, which will provide electronic notice and an electronic link to the document to all counsel of record.

*/s/ Thomas Yoo*
Thomas Yoo
2049 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone:    (310) 556.1801
Facsimile:     (310) 556.1802
tyoo@polsinelli.com

*Counsel for Defendants, AngioDynamics, Inc. and Navilyst Medical, Inc.*

101911599.1