**POLSINELLI LLP**
THOMAS YOO (SBN 175118)
tyoo@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802

**POLSINELLI PC**
AMY MCVEIGH (*pro hac vice*)
amcveigh@polsinelli.com
WHITNEY MAYER (*pro hac vice*)
wmayer@polsinelli.com
1717 Arch Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.267.3001
Facsimile: 215.267.3002

*Attorneys for Defendants*
*AngioDynamics, Inc. and*
*Navilyst Medical, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION, | Case No. 3:24-md-03125-JO-VET<br><br>Assigned for All Purposes to Hon. Jinsook Ohta |
| THIS DOCUMENT RELATES TO:<br><br>*Melinda Amon v. AngioDynamics, et al.*, No. 3:24-cv-02381-JO-VET;<br>*Deborah Austin-Rogers v. AngioDynamics, et al.*, No. 3:24-cv-02448-JO-VET;<br>*Shanna Avis* v. *AngioDynamics, et al.*, No. 3:24-cv-01912-JO-VET;<br>*James Beach v. AngioDynamics, et al.*, No. 3:25-cv-00184-JO-VET;<br>*Nancy Blankenship v. AngioDynamics, et al.*, No. 3:24-cv-01952-JO-VET;<br>*Danny Brierly v. AngioDynamics, et al.*, No. 3:24-cv-00865-JO-VET;<br>*Chaya Caldwell v. AngioDynamics, et al.*, No. 3:25-cv-00142-JO-VET;<br>*Clinton Carrier Jr. v. AngioDynamics, et al.*, No. 3:25-cv-00293-JO-VET;<br>*Leslie Chapman v. AngioDynamics, et al.*, No. 3:24-cv-02389-JO-VET; | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[*Submitted concurrently with Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss; [Proposed] Order*]<br><br>Date:     April 17, 2025<br>Time:    9:30 AM<br>Ctrm.:    4C |

1. *Irene Combs v. AngioDynamics, et al.*, No. 3:25-cv-00326-JO-VET;
2. *Lillian Cothrin v. AngioDynamics, et al.*, No. 3:25-cv-000278;
3. *Gage Coyler v. AngioDynamics, et al.*, No. 3:24-cv-01864-JO-VET;
4. *Lisa Danforth v. AngioDynamics, et al.*, No. 3:25-cv-00328-JO-VET;
5. *Miranda Davenport v. AngioDynamics, et al.*, No. 3:25-cv-00180-JO-VET;
6. *Joyce Davis v. AngioDynamics, et al.*, No. 3:24-cv-02176-JO-VET;
7. *Shannon Elwell v. AngioDynamics, et al.*, No. 3:24-cv-01895-JO-VET;
8. *Teonna Foster v. AngioDynamics, et al.*, No. 3:24-cv-01897-JO-VET;
9. *Robert Freeman v. AngioDynamics, et al.*, No. 3:24-cv-01954-JO-VET;
10. *Sheila Goodson v. AngioDynamics, et al.*, No. 3:25-cv-00188-JO-VET;
11. *Julia Goricki* v. *AngioDynamics, et al.*, No. 3:25-cv-00315-JO-VET;
12. *Danyelle Hankal* v. *AngioDynamics, et al.*, No. 3:25-cv-00182-JO-VET;
13. *Latisha Harris* v. *AngioDynamics, et al.*, No. 3:24-cv-02338-JO-VET;
14. *Don Holder v. AngioDynamics, et al.*, No. 3:24-cv-02449-JO-VET;
15. *Eboni Honore v. AngioDynamics, et al.*, No. 3:24-cv-01893-JO-VET;
16. *Kimberly Howard v. AngioDynamics, et al.*, No. 3:24-cv-01861-JO-VET;
17. *Essie Johnson v. AngioDynamics, et al.*, No. 3:25-cv-00371-JO-VET;
18. *Denise Jones v. AngioDynamics, et al.*, No. 3:24-cv-01905-JO-VET;
19. *Sallie Jones v. AngioDynamics, et al.*, No. 3:24-cv-02214-JO-VET;
20. *William Jones v. AngioDynamics, et al.*, No. 3:24-cv-01901-JO-VET;
21. *Samuel Jordan v. AngioDynamics, et al.*, No. 3:24-cv-02390-JO-VET;
22. *Katherine Kritsch v. AngioDynamics, et al.*, No. 3:25-cv-00042-JO-VET;
23. *Julie Lapper v. AngioDynamics, et al.*, No. 3:24-cv-02357-JO-VET;
24. *Marshall Leverette v. AngioDynamics, et al.*, No. 3:25-cv-00294-JO-VET;
25. *Callee Love v. AngioDynamics, et al.*, No. 3:25-cv-00259-JO-VET;
26. *Matthew Massingill v. AngioDynamics, et al.*, No. 3:25-cv-00273-JO-VET;
27. *Pearl Meyer v. AngioDynamics, et al.*, No. 3:25-cv-00303-JO-VET;

*Billy Millam v. AngioDynamics, et al.*,
No. 3:25-cv-00181-JO-VET;
*Alan Montgomery v. AngioDynamics, et al.*,
No. 3:25-cv-00218-JO-VET;
*Erika Moore v. AngioDynamics, et al.*,
No. 3:25-cv-00097-JO-VET;
*Linda Norris v. AngioDynamics, et al.*,
 No. 3:24-cv-02399-JO-VET;
*Kristin Patchett v. AngioDynamics, et al.*,
No. 3:24-cv-01902-JO-VET;
*Youwith Pinnock v. AngioDynamics, et al.*,
No. 3:25-cv-00271-JO-VET;
*Robert Porter v. AngioDynamics, et al.*,
No. 3:24-cv-01898-JO-VET;
*Tina Powell v. AngioDynamics, et al.*,
No. 3:25-cv-00297-JO-VET;
*Robert Reynolds v. AngioDynamics,et al.*,
No. 3:25-cv-00296-JO-VET;
*Don Ryan v. AngioDynamics, et al.*,
No. 3:24-cv-02033-JO-VET;
*Laura Schultz v. AngioDynamics, et al.*,
No. 3:24-cv-01921-JO-VET;
*Joanne Seim v. AngioDynamics, et al.*,
No. 3:24-cv-01675-JO-VET;
*Linda Shepherd v. AngioDynamics, et al.*,
No. 3:24-cv-01907-JO-VET;
*Kelley Silva v. AngioDynamics, et al.*,
No. 3:25-cv-00190-JO-VET;
*Brandi Smalley v. AngioDynamics, et al.*,
No. 3:24-cv-01957-JO-VET;
*Vanessa Straughter v. AngioDynamics, et al.*,
No. 3:24-cv-01908-JO-VET;
*William Trail v. AngioDynamics, et al.*,
No. 3:25-cv-00322-JO-VET;
*Stacy Valdez v. AngioDynamics, et al.*,
No. 3:24-cv-02490-JO-VET;
*Gregory Warne* v. *AngioDynamics, et al.*,
No. 3:24-cv-01900-JO-VET;
*Pamela Wilson v. AngioDynamics, et al.*,
No. 3:24-cv-02377-JO-VET;
*Constance Wood v. AngioDynamics, et al.*,
No. 3:25-cv-00343-JO-VET;
*Tracy Woodward v. AngioDynamics, et al.*,
No. 3:25-cv-00350-JO-VET.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 17, 2025, at 9:30 a.m. in Courtroom 4C of the above-entitled Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, Defendants AngioDynamics, Inc. and Navilyst Medical, Inc. will and hereby do move this Court for an Order dismissing the Complaints and/or certain causes of action in the Complaints in the above-captioned action, as further outlined in the accompanying Memorandum of Points and Authorities. This Motion is made on the grounds that Plaintiffs' claims are barred by the applicable statutes of limitations. The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers filed herein, the arguments of counsel, and any other matters properly before the Court.

Dated: February 20, 2025

**POLSINELLI LLP**

By: _____
Thomas J. Yoo

Attorneys for Defendants
*AngioDynamics, Inc. and Navilyst Medical, Inc.*

**Declaration of Compliance with Meet and Confer Requirement**

I, Thomas J. Yoo, attorney of record and lead counsel for Defendants AngioDynamics, Inc. and Navilyst Medical, Inc. in the above captioned matter, declare as follows:

Pursuant to Section II.A of this Court's Civil Chamber Rules, on January 9, 2025, members of my team, counsel for co-defendant PFM Medical, Inc., lead counsel for Plaintiffs, and I participated in a Zoom videoconference in a good faith effort to resolve Defendants' Motion to Dismiss. Counsel's efforts included related email communications as well. Despite efforts, the parties were not able to resolve the subject matter of the Motion. In brief summary, Plaintiffs took the position that dismissals on statute of limitations grounds were not appropriate for the Court's consideration on a combined motion to dismiss. Defendants took the position that the statute of limitations analysis was appropriate for the Court's consideration on an omnibus Motion to Dismiss because it presents common issues as discussed with the Court, and pursuant to the Court's order, at the December 19, 2024 hearing.

Dated: February 20, 2025

**POLSINELLI LLP**

By: _____
Thomas J. Yoo

Attorneys for Defendants
*AngioDynamics, Inc. and Navilyst Medical, Inc.*