Adam M. Evans (admitted *pro hac vice*)
Chelsea Dickerson (admitted *pro hac vice*)
Blair B. Matyszczyk (admitted *pro hac vice*)
Elsa Linares-Mascote (admitted *pro hac vice*)
**DICKERSON OXTON, LLC**
1100 Main St., Suite 2550
Kansas City, MO 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
Email: aevans@dickersonoxton.com
cdickerson@dickersonoxton.com
bmatyszczyk@dickersonoxton.com
elmascote@dickersonoxton.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL INC., PORTCATHER PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MATTHEW MASSINGILL<br><br>C.A. No. **3:25-CV-00273-JO-VET** | No. **MDL Docket No. 24-3125**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| MATTHEW MASSINGILL,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ANGIO DYNAMICS, INC., & NAVILYST MEDICAL, INC.,<br><br>    *Defendants*. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Massingill, hereby dismisses his claims against all Defendants without prejudice. Defendants have not filed or served an answer to the complaint or a motion for summary judgment in this case.

1  Plaintiff hereby moves the Court for an order dismissing Case No.: **3:25-CV-**
2  **00273-JO-VET**.

4  Dated: 03/18/2025

*/s/ Adam Evans*
Adam M. Evans (admitted *pro hac vice*)
Chelsea Dickerson (admitted *pro hac vice*)
Blair B. Matyszczyk (admitted *pro hac vice*)
Elsa Linares-Mascote (admitted *pro hac vice)*
DICKERSON OXTON, LLC
1100 Main St., Suite 2550
Kansas City, MO 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
Email: aevans@dickersonoxton.com
cdickerson@dickersonoxton.com
bmatyszczyk@dickersonoxton.com
elmascote@dickersonoxton.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

By: /s/ Adam Evans
*Attorney for Plaintiff*