UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET<br><br>**MDL CASE MANAGEMENT ORDER NO. 2 (Appointment of Plaintiffs' Leadership)** |

For good cause shown, and with no objections made, this Court hereby approves the Plaintiffs' leadership proposal (Doc. 104) and appoints the following counsel to leadership roles:

| Plaintiffs' Co-Lead Counsel ||
|---|---|
| **Counsel Name** | **Law Firm** |
| Anne Schiavone | Holman Schiavone LLC<br>4600 Madison, Ste 810<br>Kansas City, MO 64112 |
| R. Andrew Jones | Cory Watson, P.C.<br>2131 Magnolia Ave S<br>Birmingham, AL 35205 |
| Andrew van Arsdale | AVA Law Group<br>3667 Voltaire Street<br>San Diego, CA 92106 |

| Plaintiffs' Liaison Counsel ||
|---|---|
| **Counsel Name** | **Law Firm** |
| Jennifer Domer | Cutter Law, P.C.<br>401 Watt Avenue, Ste. 100<br>Sacramento, CA 95864 |

| Plaintiffs' Executive Committee (PEC) | |
|---|---|
| **Counsel Name** | **Law Firm** |
| Chelsea Dickerson | Dickerson Oxton LLC<br>1100 Main St. Ste 2550<br>Kansas City, MO 64105 |
| Ryan Cavanaugh | Constant Legal Group LLP<br>737 Bolivar Road, Ste 440<br>Cleveland, OH 44115 |
| Kim Boldt | Ratzan Weissman & Boldt<br>2850 Tigertail Ave, Ste 400<br>Miami, FL 33133 |
| Mark O'Connor | Beus O'Connor McGroder<br>701 N. 44th Street<br>Phoenix, AZ 85008 |

| Plaintiffs' Steering Committee (PSC) ||
|---|---|
| **Counsel Name** | **Law Firm** |
| Teresa Bowen Hatch | Bowen Hatch Law, PC<br>1902 Wright Place, Ste. 200<br>Carlsbad, CA 92008 |
| Nicholas Rowley | Trial Lawyers for Justice<br>548 Market St., Pmb 66906<br>San Francisco, CA 94104 |
| Blair B. Matyszczyk | Dickerson Oxton LLC<br>1100 Main St. Ste 2550<br>Kansas City, MO 64105 |
| Roman Balaban | Balaban Law<br>8055 E. Tufts Ave., Ste. 325<br>Denver, CO 80237 |

**IT IS SO ORDERED**.

Dated:  April 17, 2025

_____
Honorable Jinsook Ohta
United States District Judge