UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTIONS TO DISMISS** |

Defendants moved to dismiss with prejudice 61 complaints in this multi-district litigations as being facially time-barred. Dkt. 194-1. The Court held oral argument on the motions to dismiss on April 17, 2025. For the reasons stated on the record at the oral argument, the Court issues the following rulings.

The Court grants Defendants' motion to dismiss the following complaints with leave to amend as specified below: 24cv02338, 25cv00371, 25cv00294, 24cv02377, 25cv328, 25cv180, 24cv2390, 25cv0608, 24cv01921, 24cv2376, 24cv2490, 25cv190. Plaintiffs must amend their complaints by June 2, 2025.

The Court grants Defendants' motion to dismiss with prejudice with respect to the claims Plaintiffs cede as time-barred. The Court orders the parties to submit a joint stipulation of the claims and complaints to be dismissed with prejudice by May 2, 2025.

For the remaining cases that Defendants have moved to dismiss on statute of limitation grounds, the Court orders each respective Plaintiff to amend their individual complaint by June 2, 2025, to specify when they discovered their causes of action, the specific due diligence they undertook to discover their causes of action, and why they were prevented from discovering their causes of action within the applicable statute of limitations despite this due diligence. These amendments should be made in each individual complaint, as opposed to a master complaint.

Prior to filing a second round of motions to dismiss on or before August 1, 2025, parties will meet and confer about (1) which discovery rule states, like California, require suspicion of wrongdoing as opposed to injury; and (2) the sufficiency of the amended pleadings in light of the Court's rulings on April 17, 2025. Without waiving any arguments on appeal, Defendants will only move to dismiss the amended complaints consistent with the Court's rulings on April 17, 2025.

**IT IS SO ORDERED**.

Dated: April 24, 2025

Honorable Jinsook Ohta
United States District Judge