**POLSINELLI LLP**
THOMAS YOO (SBN 175118)
tyoo@polsinelli.com
AEVERIE POLINTAN (SBN 358614)
apolintan@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone:    310.556.1801
Facsimile:    310.556.1802

**POLSINELLI PC**
AMY MCVEIGH (*pro hac vice*)
amcveigh@polsinelli.com
WHITNEY MAYER (*pro hac vice*)
wmayer@polsinelli.com
1717 Arch Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.267.3001
Facsimile: 215.267.3002

*Attorneys for Defendants*
*AngioDynamics, Inc. and*
*Navilyst Medical, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Roberta Caldwell v. AngioDynamics, Inc., et. al., No. 3:25-cv-00599-JO-VET;<br>Xavier Garrison v. AngioDynamics, Inc., et. al., No. 3:25-cv-00666-JO-VET;<br>Maria Godin v. AngioDynamics, Inc., et. al., No. 3:25-cv-01561-JO-VET;<br>Julie Lapper v. AngioDynamics, Inc., et al., No. 3:24-cv-02357-JO-VET;<br>Vanessa Manjarrez v. AngioDynamics, Inc., et. al., No. 3:25-cv-00906-JO-VET;<br>Pearl Meyer v. AngioDynamics, Inc., et. al., No. 3:25-cv-00303-JO-VET;<br>Bradley Ochsenbein v. AngioDynamics, Inc. et. al., No. 3:25-cv-00389-JO-VET;<br>Laura Schultz v. AngioDynamics, Inc., et. al., No. 3:24-cv-01921-JO-VET; | MDL Case No. 3:24-md-03125-JO-VET<br><br>Assigned for All Purposes to Hon. Jinsook Ohta<br><br>**DEFENDANTS ANGIODYNAMICS, INC. AND NAVILYST MEDICAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CALIFORNIA CLAIMS PURSUANT TO THE ORDERS DATED AUGUST 25, 2025, AND SEPTEMBER 5, 2025**<br><br>[*Submitted concurrently with Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss; [Proposed] Order*]<br><br>**Date:**  November 13, 2025<br>**Time:** 9:30 AM<br>**Ctrm.:** 4C |

Kelley Silva  v. AngioDynamics, Inc., et. al.,
No. 3:25-cv-00190-JO-VET;
Stacy Valdez v. AngioDynamics, Inc., et. al.,
No. 3:24-cv-02490-JO-VET.

Case No. 3:24-md-03125-JO-VET          NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 13, 2025, at 9:30 a.m. in Courtroom 4C of the above-entitled Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, Defendants AngioDynamics, Inc. and Navilyst Medical, Inc. will and hereby do move this Court for an Order dismissing the relevant Complaints, amended Complaints, and/or certain causes of action in the above-captioned actions as time-barred, as further outlined in the accompanying Memorandum of Points and Authorities. This Motion is made on the grounds that Plaintiffs' Complaints and/or amended Complaints do not meet the requirements specified by the Court in its April 17, 2025, rulings (Dkt. 234) and its April 24, 2025, Order (Dkt. 239) or applicable law and therefore the claims are barred by the statutes of limitations. The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers filed herein, the arguments of counsel, and any other matters properly before the Court.

Dated: September 19, 2025

/s/ *Thomas Yoo*
Thomas Yoo
Aeverie Polintan
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel : 310.229.1337
tyoo@polsinelli.com

Amy McVeigh (Admitted *Pro Hac Vice*)
Daniel Winters (Admitted *Pro Hac Vice*)
Whitney Mayer (Admitted *Pro Hac Vice*)
**POLSINELLI PC**
Three Logan Square
1717 Arch Street, Suite 1200
Philadelphia, PA 19103
T: 215-267-3025
F: 215-754-5208
amcveigh@polsinelli.com

*Attorneys for Defendants AngioDynamics, Inc., and Navilyst Medical, Inc.*

# **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF filing system, which will provide electronic notice and an electronic link to the document to all counsel of record.

_/s/ Thomas Yoo_
Thomas Yoo

*Counsel for Defendants*
*AngioDynamics, Inc. and Navilyst Medical, Inc.*

1