Jenny A. Covington (SBN 233625)
jcovington@carltonfields.com
Molly J. Given (*Admitted pro hac vice*, MNBN 387713)
mgiven@carltonfields.com
CARLTON FIELDS, LLP
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 605-9510
Facsimile: (612) 605-9511

*Attorneys for Defendants
AngioDynamics, Inc. and
Navilyst Medical, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Judy Norman v. AngioDynamics, Inc. & Navilyst Medical, Inc.* | MDL Case No. 3:24-md-03125-JO-VET<br><br>Case No. 3:25-cv-02136-JO-VET<br><br>Assigned for All Purposes to Hon. Jinsook Ohta<br><br>JOINT STIPULATION on the dismissal of claims with prejudice |

## **JOINT STIPULATION ON THE DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of MDL Member Case No. 3:25-cv-02136-JO-VET in its entirety, with each party bearing its own costs and attorneys' fees.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: September 23, 2025 | */s/ Cameron Cano* |
| 2 | | Cameron Cano |
| | | (Admitted *Pro Hac Vice*, TX Bar No. 24101314) |
| 3 | | Alex Barlow (Admitted P*ro Hac Vice*, TX Bar No. 24006798) |
| 4 | | **SCOTT + SCOTT ATTORNEYS AT LAW LLP** |
| | | 7718 Wood Hollow Drive, Suite 105 |
| 5 | | Austin, Texas 78731 |
| | | Phone: (512) 337-8433 |
| 6 | | ccano@scott-scott.com |
| | | abarlow@scott-scott.com |
| 7 | | |
| | | */s/ Joseph Pettigrew* |
| 8 | | Joseph Pettigrew (CA Bar No. 236933) |
| | | **SCOTT + SCOTT ATTORNEYS AT LAW LLP** |
| 9 | | 600 W. Broadway, Suite 3300 |
| 10 | | San Diego, California 92101 |
| | | Phone: (619) 223-4565 |
| 11 | | jpettigrew@scott-scott.com |
| 12 | | *Attorneys for Plaintiff Judy Norman* |
| 13 | | */s/ Molly J. Given* |
| | | Jenny A. Covington |
| 14 | | jcovington@carltonfields.com |
| | | Molly J. Given (*Admitted pro hac vice*) |
| 15 | | mgiven@carltonfields.com |
| | | CARLTON FIELDS, LLP |
| 16 | | 80 South Eighth Street |
| | | Suite 2800 |
| 17 | | Minneapolis, MN 55402 |
| | | Telephone:    (612) 605-9510 |
| 18 | | Facsimile: (612) 605-9511 |
| 19 | | |
| 20 | | *Attorneys for Defendants AngioDynamics, Inc. and Navilyst Medical, Inc.* |

2

MDL Case No. 3:24-md-03125-JO-VET
Case No. 3:25-cv-02136-JO-VET

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF filing system, which will provide electronic notice and an electronic link to the document to all counsel of record.

/s/ Molly J. Given
Molly J. Given

*Counsel for Defendants*
*AngioDynamics, Inc. and Navilyst Medical, Inc.*