UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-3125-JO-VET<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS [DKTS. 384, 385]** |

Defendants moved to dismiss with prejudice 15 complaints in this multi-district litigations as being facially time-barred under California or Illinois law. Dkts. 384, 385. The Court held oral argument on the motions to dismiss on November 13, 2025. For the reasons stated on the record at oral argument, the Court issues the following rulings.

The Court grants Defendants' motion to dismiss the following complaints with leave to amend: *Garrison*, 25-cv-666; *Manjarrez*, 25-cv-906; *Schultz*, 24-cv-1921; *Nicholson*, 25-cv-1166. Dkts. 384, 385.

The Court denies Defendants' motion to dismiss the following complaints: *Caldwell*, 25-cv-599; *Godin*, 25-cv-1561; *Lapper*, 24-cv-2357; *Silva*, 25-cv-190; *Meyer*, 25-cv-303; *Ochsenbein*, 25-cv-389; *Patchett*, 24-cv-1902; *Valdez*, 24-cv-2490; *Wood*, 25-cv-343; *Wright*, 25-cv-2067; *Robinson*, 25-cv-2264. Dkts. 384, 385.

The Court orders Plaintiffs to file their amended complaints by December 15, 2025. Defendants shall file their responses within the time prescribed by Federal Rule of Civil Procedure 15.

**IT IS SO ORDERED.**

Date: November 14, 2025                            _____

Honorable Jinsook Ohta
United States District Judge