# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET<br><br>**CASE MANAGEMENT ORDER NO. 8 GOVERNING DISCOVERY PROCESS RELATING TO PLAINTIFF PROFILE FORMS**<br><br>**[ECF No. 565]** |

Before the Court is the Parties Joint Motion for Proposed Case Management Order No.8-Discovery Process Relating to Plaintiff Profile Forms ("Joint Motion"). ECF No. 565. Good case appearing, the Court **GRANTS IN PART** the Joint Motion.[1]

Case Management Order No. 6 (ECF No. 442) requires all Plaintiffs to complete Plaintiff Profile Forms ("PPF"). This Order sets forth the process for addressing discovery disputes relating to PPFs. To the extent Case Management Order No. 6 provides anything to the contrary regarding discovery disputes relating to PPFs specifically, this Order controls.

---

[1] The Parties shall note the Court's modification to the Parties' proposed order.

Defendants shall have 30 days from service of a PPF to identify and provide notice of any deficiencies in the PPF to counsel of record for the Plaintiff, with a copy to Plaintiffs' Co-Lead Counsel. Plaintiff will have 21 days from Defendants' notice of deficiencies to supplement and/or amend the PPF or otherwise cure the deficiency. If the deficiency is not resolved within 21 days, Defendants will promptly notify Plaintiffs' Co-Lead Counsel of the issue. If the deficiency is not resolved within 7 days of notifying Plaintiffs' Co-Lead Counsel, the Parties will jointly contact the Court to request a discovery conference, or, alternatively, if both Parties elect to do so, the Parties may submit a joint status report regarding the pending discovery issues prior to the next status conference with Magistrate Judge Torres.[2] The discovery issues will be addressed at the subsequent status conference or a separate discovery conference, at the Court's discretion. **In no event shall the Parties delay longer than 60 days (from service of a PPF) to raise discovery disputes relating to PPFs with the Court.**

If a plaintiff does not submit a PPF within the time specified in Case Management Order No. 6 (ECF No. 442), Defendants shall have 30 days from the date the PPF was due to notify counsel of record and Plaintiffs' Co-Lead Counsel of their intention to seek dismissal of the case. If a PPF is not served within 14 days of Defendants' notice, Defendants will submit a list of all such cases to the Chambers of Magistrate Judge Torres at least 7 days prior to the next status conference for further discussion, including whether dismissal is appropriate. No further notice from Defendants is required.

**IT IS SO ORDERED.**

Dated: January 16, 2026

Hon. Valerie E. Torres
United States Magistrate Judge

---

[2] The Parties will continue to meet and confer prior to a discovery conference with respect to pending discovery disputes, except in situations where a plaintiff has failed to provide required discovery and does not object to providing that discovery.