Molly J. Given (*Admitted pro hac vice, MNBN 387713)*
mgiven@carltonfields.com
Matthew J. Smaron (*Admitted pro hac vice, MNBN 0401088*)
msmaron@carltonfields.com
Jenny A. Covington (SBN 233625)
jcovington@carltonfields.com
CARLTON FIELDS, P.A.
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 605-9510
Facsimile: (612) 605-9511

Eden M. Darrell (Bar # 295659)
CARLTON FIELDS
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone: (202) 965-8174
Facsimile: (202) 965-8104

Mac R. McCoy (*Admitted pro hac vice*, FLBN 513407)
mmccoy@carltonfields.com
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Ste 1000
Tampa, FL 33607-5780
Telephone: (813) 229-4393
Facsimile: (813) 229-4133

*Attorneys for Defendants AngioDynamics, Inc., and Navilyst Medical, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET |
| | JUDGE JINSOOK OHTA and U.S. MAGISTRATE VALERIE E. TORRES |
| THIS DOCUMENT RELATES TO ALL CASES | **PARTIES' JOINT SUBMISSION ON PROPOSED PLAINTIFF FACT SHEET** |

Pursuant to Case Management Order No. 6, Section II (B), the Parties hereby jointly submit the Plaintiff Fact Sheet, attached as Exhibit "A" to this filing.

Dated:  July 21, 2026

/s/  Eden M. Darrell
Eden M. Darrell
**CARLTON FIELDS**
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone: (202) 965-8174
Facsimile: (202) 965-8104

Molly Jean Given (pro hac vice)
Jenny A. Covington
Matthew J. Smaron (pro hac vice)
**CARLTON FIELDS P.A.**
IDS Center
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
Tel: 612.605.9923 | Fax: 612.605.9511
mgiven@carltonfields.com
jcovington@carltonfields.com
msmaron@carltonfields.com

*Attorneys for Defendants AngioDynamics, Inc. and Navilyst Medical, Inc.*

/s/  R. Andrew Jones
R. Andrew Jones (Admitted *Pro Hac Vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone : (205) 328-2200
Facsimile: (205) 324-7896
ajones@corywatson.com

*Co-Lead Attorney for Plaintiffs*

/s/  Michael C. Zellers
Michael C. Zellers
Tariq M. Naeem
Su-Lyn Combs
**TUCKER ELLIS LLP**
515 Flower St #4200
Los Angeles, CA 90071
michael.zellers@tuckerellis.com

*Attorneys for Defendant PFM Medical Inc*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF filing system, which will provide electronic notice and an electronic link to the document to all counsel of record.

Dated:   July 21, 2026

*/s/ Eden M. Darrell*

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF CALIFORNIA

MDL No. 3125

*In re AngioDynamics, Inc., and Navilyst Medical, Inc., Port Catheter Products Liability Litigation*

### PLAINTIFF FACT SHEET

Each plaintiff, or their representative, who is part of the Initial Pool as outlined in Case Management Order No. 6 (Dkt. No. 442) must complete the following Plaintiff Fact Sheet ("Plaintiff Fact Sheet"). In completing this Fact Sheet, You are **under oath and must answer every question.** You must provide information that is true and correct to the best of Your knowledge. If You cannot recall all of the details as requested, provide as much information as You can and then state that Your answer is incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state all that You do know about that subject. If any information You need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with Your attorney so that You can fully and accurately respond to the questions set out below. If You are completing the Fact Sheet for someone who cannot complete the Fact Sheet for himself/herself, please answer as completely as You can.

Each Plaintiff Fact Sheet shall be signed by the Plaintiff under penalty of perjury at the time of submission. If a Plaintiff is suing in a representative capacity, the Plaintiff Fact Sheet shall be completed and signed by the person with legal authority to represent the estate or the person under legal disability. A Plaintiff's spouse with a claim for loss of consortium shall also sign the Plaintiff Fact Sheet under penalty of perjury. **Electronic signatures are not permitted.**

A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and responses to requests for production pursuant to Fed. R. Civ. P. 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, You must promptly supplement Your responses and document production if You learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this Fact Sheet are non- objectionable and shall be answered without objection. This Fact Sheet shall not preclude Defendants from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, the terms "You" or "Your" refer to the person who received an Implanted Port Catheter Product(s) manufactured and/or distributed by AngioDynamics, Inc. and/or PFM Medical, Inc.

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in Your diagnosis, care and/or treatment.

Information provided by Plaintiff will only be used for the purposes related to this litigation and may be disclosed only as permitted under the protective order in this litigation.

## I. BACKGROUND INFORMATION

1.      Verify that the Plaintiff Profile Form previously served by Plaintiff is complete and accurate, including production of all records requested, as of the date of completion of this Plaintiff Fact Sheet. If the Plaintiff Profile Form previously served by Plaintiff is not complete and accurate as of the date of completion of this Plaintiff Fact Sheet, update and attach an Amended or Supplemental Plaintiff Profile Form.

☐      I verify that the Plaintiff Profile Form served on _____ is complete and accurate as of the date of completion of this Plaintiff Fact Sheet.

☐      An updated Plaintiff Profile Form is attached.

2.      Please state:

(a)      Your full name and any other name by which You have been known:

_____

(b)      Full name of the person completing this form, if different from the person listed in 2(a) above:_____

(c)      Relationship of the person completing this form to the person listed in 2(a) above:

_____

3.      Your Social Security Number:_____

4.      If you have ever been married, provide the names and addresses of each spouse and the inclusive dates of Your marriage to each person:

| Full name of spouse | Dates of marriage |
|---|---|
|  |  |
|  |  |
|  |  |

5.      If You have or have ever had children, please provide the following information with respect to each child:

| Full Name of Child | DOB | Home Address and Telephone |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

6.  Identify the name and age of any person who currently resides with You and their relationship to You:

| Name | DOB | Relationship |
|------|-----|--------------|
|  |  |  |
|  |  |  |
|  |  |  |

7.  For any person who has resided with You at and since the time of your Port Catheter implant, and for five years prior to your Port Catheter implant, identify the name, date of birth, relationship, and dates he or she resided with You:

| Name | DOB | Relationship | Dates of Residence |
|------|-----|--------------|--------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8.  Identify all secondary and post-secondary schools You attended, starting with high school, and please provide the following information with respect to each:

| Name of School, City and State | Dates of Attendance | Degree Awarded | Major or Primary Filed of Study |
|--------------------------------|---------------------|----------------|--------------------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9.  Please provide the following information for Your employment history for five years prior to implantation of Your Implanted Port Catheter Product(s) to the present:

| Employer Name | Address | Job Title/Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---------------|---------|-------------------------------|---------------------|--------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

10. Have You ever served in any branch of the military?  Yes_____   No_____
    If Yes, please provide the following information:

    (a) Branch and dates of service, rank upon discharge, and type of discharge received:

    _____

    (b) Dates of service: _____

    (c) Rank upon discharge: _____

    (d) Type of discharge received: _____

    (e) Were You discharged from the military at any time for any reason relating to Your medical, physical, or psychiatric condition?  Yes_____   No_____

    If Yes, state what that condition was:_____

    _____

11. Within the last ten years, have You been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes__   No____

    If Yes, please set forth where and when and identify the felony and/or crime:_____

    _____

    _____

    _____

12. Have you entered into any agreement with any person or entity to finance, fund, or provide monetary support for this litigation or for the prosecution of Your claims (other than Your attorney on a contingency fee basis) that has by nature of that agreement a financial interest in the outcome of this litigation? Yes _____ No _____

13. Does any entity or person that has agreed to finance, fund, or provide monetary support for this litigation (other than Your attorney) have the right, contractually or otherwise, to direct, control, approve, reject, or influence any decision in this litigation, including but not limited to decisions regarding settlement, trial strategy, selection of counsel, or retention of experts? Yes ____ No ____

14. If Yes to either or both of the two questions above, identify the full name, address, and contact information of each such person or entity.

15. Describe all television, electronic, social media or print advertisements regarding possible claims against implanted port catheter product manufacturers that You or Plaintiff saw before you filed this lawsuit:

    _____

    _____

    _____

16.    Have You received any telephone calls, emails, letters, or text messages ("Communications") regarding possible claims against Implanted Port Catheter Product manufacturers, including but not limited to AngioDynamics, Inc. and/or PFM Medical, Inc. This is not intended to apply to any communications with your attorney.

Yes_____                    No _____

17.    For the Communications identified immediately above, describe each Communication, whether the Communication included the name of a law firm, and whether the Communication specifically mentioned AngioDynamics and/or PFM Medical. This is not intended to apply to any communications with your attorney after you retained him/her.

_____

_____

_____

18.    List all social media profiles and identify the associated account name or user name for each, including but not limited for Facebook, Instagram, LinkedIn, Twitter/X, Tumblr, Threads, etc.:

_____

_____

_____

## II. CLAIM INFORMATION

**IF YOU ARE MAKING A CLAIM IN THIS LAWSUIT ALLEGING DAMAGES AND/OR INJURIES ARISING FROM THE IMPLANTATION OF MORE THAN ONE IMPLANTED PORT CATHETER PRODUCT ("PRODUCT"), YOU MUST FILL OUT SECTION II "CLAIM INFORMATION" IN ITS ENTIRETY FOR <u>EACH</u> SUCH PRODUCT.**

19.    Date of implant:_____Lot number:_____
       Model No./Product Code: _____Model name: ___

Date of last treatment/access of the Product: _____

Date of removal: _____

20.  Was the Implanted Port Catheter Product, or any portion thereof, preserved following removal from Your body?   Yes____No_____Unknown_____

    a.  If Yes, identify the name and address of the person or institution currently in possession of the device:

    b.  Produce any photographs, video, or other documentation of the removed Implanted Port Catheter Product in Your possession.

21.  Describe Your understanding of Your medical condition at the time You received the Implanted Port Catheter Product and why You received the product(s):

_____

_____

_____

22.  Identify all healthcare providers who accessed your Implanted Port Catheter and provide the approximate date(s) for each occurrence:

| Approximate Date(s)/Date Range(s) | Healthcare Provider Involved (including address) |
| --- | --- |
|  |  |
|  |  |
|  |  |

23.  Identify all healthcare providers who flushed or otherwise maintained your Implanted Port Catheter and provide the approximate date(s) for each:

| Approximate Date(s)/Date Range(s) | Healthcare Provider Involved (including address) |
| --- | --- |
|  |  |
|  |  |
|  |  |

24.  Describe in detail all injuries you claim to have sustained from the Implanted Port Catheter:

25.    When did you first experience symptoms related to any of the injuries You claim in Your lawsuit to have resulted from the Implanted Port Catheter, and describe those symptoms:

26.    If you claim that you still experience symptoms related to Your claimed injuries, describe those symptoms in detail and how often you experience them:

27.    Identify all healthcare providers (including facilities and hospitals) You have seen as a result of or for treatment for injuries You claim in this lawsuit as a result of the Implanted Port Catheter:

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

28.    If you are claiming that you have suffered emotional distress or loss of enjoyment of life as a result of the Implanted Port Catheter or your alleged injuries, describe your emotional distress and/or loss of enjoyment of life, and identify any provider You have seen related to Your claimed emotional distress:

29.    Are you claiming or do you expect to claim that your alleged injuries have exacerbated or caused any mental health conditions, including but not limited to anxiety disorder, depression, post-traumatic stress disorder, or anything else? If so, describe the mental

health conditions, and identify all providers seen for those conditions, before and after your Implanted Port Catheter:

_____

_____

_____

_____

30.    Are You making a claim for lost wages or lost earning capacity relating to injuries You allege to have been caused by the Implanted Port Catheter Product?

Yes_____No_____

(a)    If yes, identify Your employer at the time state the annual gross income derived from Your employment for each year, beginning five (5) years prior to the implantation of the Implanted Port Catheter Product until the present:_____

_____

_____

(b)    If yes, identify the period of time are You claiming lost wages:_____

_____

_____

(c)    If You are claiming lost earning capacity, do You claim that You have a claim for future lost wages?
Yes_____No_____

If yes, for what period of time do You claim You have lost future wages?

_____

_____

31.    Are You making a claim for out-of-pocket expenses? Yes_____No_____

If yes, please identify and itemize all out-of-pocket expenses You have incurred.

_____

_____

_____

32.    If anyone filed a loss of consortium claim in connection with Your lawsuit regarding the Implanted Port Catheter Product, state the relationship of that person to You and state the specific nature of the Consortium Plaintiff's claim.

_____

_____

_____

33. If anyone filed a loss of consortium claim in connection with Your lawsuit regarding the Implanted Port Catheter Product, provide the loss of consortium plaintiff(s) Social Security Number: _____

34. If anyone filed a loss of consortium claim in connection with Your lawsuit regarding the Implanted Port Catheter Product, please indicate whether the Consortium Plaintiff alleges any of the damages set forth below:

| Claims | Yes/No |
|---|---|
| Loss of services of spouse | |
| Impaired sexual relations | |
| Lost wages/lost earning capacity | |
| Lost out-of-pocket expenses | |
| Physical injuries | |
| Psychological injuries/emotional injuries | |
| Other | |

35. Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.

_____

_____

_____

36. Have You or anyone acting on Your behalf had any communication, oral or written, with any representative or employee of AngioDynamics, Inc., Navilyst Medical, Inc., and/or PFM Medical, Inc. regarding Your Implanted Port Catheter Product?

Yes_____No_____Don't Know _____

(a) If yes, set forth: (i) the date of any communication, (ii) the method of communication, (iii) the name of the person with whom You communicated, and (iv) the substance of the communications.

_____

_____

_____

## III. MEDICAL BACKGROUND

37.    In chronological order, list all implantable port catheters you have had implanted at any time (before, including, and after the subject Implanted Port Catheter(s)) by implant and explant dates, manufacturer and model, the name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure, and the reason for explant:

| Approximate Dates of Implant and Explant | Manufacturer/ Model | Doctor or Healthcare Provider Involved (including address) | Reason for Explant |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

38.    For any port catheter identified above, please describe any complications you had with the device and the healthcare providers who treated those complications:

| Date of Implant | Manufacturer/ Model | Alleged Injury or Injuries | Status of Claim/Case No. if Litigation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

39.    For any port catheter identified above, please identify any claims brought alleging injury as a result, the injuries alleged, and the outcome and status of that claim:

| Date of Implant | Manufacturer/ Model | Alleged Injury or Injuries | Status of Claim |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

40.    Have You, or has anyone on Your behalf, filed or pursued any lawsuit, claim, or legal action, other than in the present MDL (MDL No. 3125), arising from or related to any implanted port catheter product, regardless of manufacturer?        Yes___No____

If Yes, provide the following information for each claim or lawsuit:

| Case Name and Court | Docket/Claim No. | Manufacturer and Model of Device at Issue | Status / Disposition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

41.    Are You currently implanted with an implantable port catheter device or some other venous access device?
Yes___No__

If Yes:

What is the name of the device, when was it implanted, what is the name of the institution where it was implanted, and why was it implanted?

_____

_____

_____

_____

42.    In chronological order, list any and all surgeries, procedures and/or hospitalizations You had in the ten (10) year period BEFORE implantation of the first Implanted Port Catheter Product(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery or Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

43.    In chronological order, list any and all surgeries, procedures and/or hospitalizations You had AFTER implantation of the Implanted Port Catheter Product(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date(s) | Description of Surgery or Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

44.    To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which You have received medical advice and/or treatment from ten (10) years before the date the Implanted Port Catheter Product(s) was implanted to the present:

| Name and Specialty | Address | Approximate Date/ Years of Visits |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

45.     List each medication, hormone, drug, or supplement You have taken for more than three (3) months at a time during the timeframe beginning five (5) years prior to implantation of the Implanted Port Catheter Product(s) and continuing to the present, giving the name and address of the pharmacy where You received/filled the medication, the reason You took the medication, drug, hormone, or supplement, and the approximate dates of use.

| Medication and Dosage | Prescribing Physician | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

46.     To the best of Your knowledge, have You ever been told by a doctor or another health care provider that You have suffered, may have suffered, or presently do suffer from any of the following:

| Condition | Yes | No | Unsure | Describe (as applicable) |
|---|---|---|---|---|
| Anaphylaxis | | | | |
| Blood Infection (Bacteremia or sepsis) | | | | |
| Bone Infection (Osteomyelitis) | | | | |
| Cancer (identify type) | | | | |
| Cerebrovascular accident (Stroke) | | | | |
| Chronic Kidney Disease | | | | |
| Any disease you were born with (i.e., Hemophilia, Sickle Cell Disease, Cystic Fibrosis, etc.) | | | | |
| Dehydration (Severe) | | | | |
| Diabetes | | | | |
| Gout | | | | |
| Heavy Metal Exposure or poisoning | | | | |
| Hepatitis A, B, or C | | | | |
| Rhabdomyolysis | | | | |

| | | | | |
|---|---|---|---|---|
| Shock (hypotension) | | | | |
| Systemic Inflammatory Response Syndrome | | | | |
| Any bacterial, viral, parasitic, or fungal infection (Streptococcus, A & B; Enterococcus E. Coli, adenovirus, mycobacterium, legionella, Epstein-Barr virus (EBV), Cytomegalovirus (CMV), Toxoplasmosis, Tuberculosis, HIV, Malaria, Mycobacterium, etc.) | | | | |
| Liver disease (Cirrhosis), failure | | | | |
| Metabolic disturbances | | | | |
| Obesity | | | | |
| Kawasaki disease | | | | |
| Protein deficiency | | | | |
| Malnutrition | | | | |
| Deep Vein Thrombosis (DVT) | | | | |
| Pulmonary Embolism | | | | |
| Auto Immune Disorders (i.e., Lupus, HIV, Goodpasture Syndrome, Sarcoidosis, etc.) | | | | |
| Varicose Veins | | | | |
| Cardiovascular disorders (i.e., atrial fibrillation, stenosis, vasculitis, Hypertension, Myocardial Infarction, Heart Attack) | | | | |
| Blood Disorders (i.e., Prothrombin mutation, Factor V Leiden, Anti-thrombin Deficiency) | | | | |
| Anticoagulation Medication (Coumadin, Warfarin, Eliquis (Apixaban) | | | | |
| Ulcerative Colitis/Inflammatory Bowel Disease (IBD), Crohn's Disease | | | | |
| Lung Disease/disorders | | | | |
| Chronic Urinary Tract Infections | | | | |
| Gallbladder Disorders | | | | |

| | | | | |
|---|---|---|---|---|
| Diverticulitis | | | | |
| Pressure Sores | | | | |
| Immunodeficiency Disorder | | | | |

47. Have You been diagnosed with and/or treated for any drug, alcohol, chemical and/or other addiction or dependency during the five (5) years prior to the implant of your (first) Implanted Port Catheter Product through the present?
If yes:

| Type | Time period of dependency | Type of treatment received | Name of treatment provider | Current status |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

48. Have You experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety, or other emotional or psychiatric disorders during the five (5) years prior to the implant of your (first) Implanted Port Catheter Product through the present?

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

| Condition | Date of onset | Medication/treatment | Treating physician | Current status of condition |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

49. Do You now or have You ever smoked tobacco products?  Yes_____ No_
If yes:

How long have/did You smoke and what is/was packs per day?_____

## IV. INSURANCE INFORMATION

50.    Provide the following information for any past or present medical insurance coverage from the timeframe beginning five (5) years prior to implantation of the Implanted Port Catheter Product(s) and continuing to the present:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than Yourself) | Approximate Dates of Coverage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

51.    To the best of your knowledge, have You ever been approved to receive or are you currently receiving Medicare/Medicaid benefits due to age, disability, condition, or any other reason or basis?
Yes_____No_____

If yes, please specify the date on which You first became eligible:_____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V. PRIOR CLAIM INFORMATION

52.   Have You filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?
Yes_____No_____

If yes, for each, please specify the following:

(a)   Court in which the lawsuit/claim was filed or initiated:_____

_____

(b)   Case/Claim Number:_____

(c)   Nature of Claim/Injury:_____

_____

53.   Have You ever applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits?
Yes_____No_____

If yes, please specify the following:

(a)   Date (or year) of application:_____

(b)   Type of benefits sought:_____

(c)   Agency/Insurer from which You sought the benefits:_____

_____

(d)   Nature of the claimed injury/disability:_____

_____

(e)   Whether the claim was accepted or denied:_____

54.   Have You ever filed bankruptcy??

Yes_____No_____

If yes, please specify the following:

(a)   Date (or year) of filing: _____

(b)   Venue where filed: _____

(c)   Docket No.: _____

(d)   Disposition: _____

(e)   Date of disposition: _____

## VI. FACT WITNESSES

55.    Please provide the following information for all persons (other than Your healthcare providers) who possess information concerning Your injuries and/or current medical condition:

| Name | Address and Telephone | Relationship to You | Information You Believe Person Possess |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII. IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION

For the period beginning three (3) years prior to the implantation of the Implanted Port Catheter Product(s) until the present, please identify all research, including on-line research, that You conducted regarding the medical complaints or condition for which You received the Implanted Port Catheter Product(s). Identify the date, time, and source, including any websites visited. (Research conducted subsequent to and for the purpose of understanding the legal and strategic advice of Your counsel is not considered responsive to this request.)

_____
_____
_____
_____
_____
_____
_____
_____

## VIII. DOCUMENT REQUESTS

1.    Produce all documents identified or requested in the above Plaintiff Fact Sheet.

2.    Your medical records relating to Your Implanted Port Catheter Product(s) and the injuries You claim in this lawsuit in Your possession or the possession of Your attorney(s). If you have no additional records beyond what was produced in response to and with the Plaintiff Profile Form, please state that.

3.    Each and every medical record in your possession or in the possession of your attorney(s) from each and every medical facility, pharmacy, and practitioner of the healing arts identified by You in the Plaintiff Fact Sheet above regarding Your medical care and history

for the time period beginning ten (10) years prior to the implantation of the Implanted Port Catheter Product(s) and continuing to the present.

4.    RELEASES.

**NOTE:    Please sign and produce the requisite authorizations for the release of records, which are appended hereto. For medical records, please produce an authorization for every healthcare provider identified in this PFS. Releases cannot be signed electronically. Plaintiffs are required to provide proprietary/specialized authorizations for any healthcare providers requiring such authorizations when requested by Defendants.**

5.    DOCUMENTS.

State whether You have any of the following documents in Your possession, custody, and/or control. If You do, please produce.

(a)    If You were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

(b)    If You represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

(c)    Any communication (sent or received) in Your possession, which shall include materials accessible to You from any computer on which You have sent or received such communications, concerning the Implanted Port Catheter Product(s) or subject of this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, newsletters, Instagram or other social media posts, Slack messages, Snapchat messages, etc. sent or received by You. (Research conducted subsequent to retention of an attorney is not considered responsive to this request if it was conducted to understand the legal and strategic advice of Your counsel.)

(d)    Produce all documents, including journal entries, calendar entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Implanted Port Catheter Product(s), the injuries and/or damages You claim resulted from the Implanted Port Catheter Product(s), and/or evidencing Your physical condition from three (3) years prior to the implantation of the Implanted Port Catheter Product(s) to present. (Research conducted subsequent to retention of Your attorney and to understand the legal and strategic advice of Your counsel is not considered responsive to this request.)

(e)    Produce any Implanted Port Catheter Product(s) packaging, labeling, advertising, or any other product-related items in Your possession, custody or control. This request includes but is not limited to any materials related to Implanted Port Catheter Product(s) that You may have received from any healthcare provider.

(f)    Produce all documents concerning any communication between You, Your attorney(s), Your agent(s), Your expert(s), or Your representative(s) and the Food

and Drug Administration (FDA), or between You and any employee or agent of AngioDynamics, Inc., Navilyst Medical, Inc., and/or PFM Medical, Inc., regarding Implanted Port Catheter Product(s).

(g)     Produce all documents that You, Your attorney(s), Your agent(s), Your expert(s), or Your representative(s) provided to the Food and Drug Administration (FDA) and/or the Department of Health and Human Services regarding Implanted Port Catheter Product(s).

(h)     Produce all documents concerning any communication between You, Your attorney(s), Your agent(s), Your expert(s), or Your representative(s) with anyone at any television station, radio station, newspaper, periodical, magazine, weblog, internet website, or any other media outlet regarding Implanted Port Catheter Product(s).

(i)     Produce all documents that You, Your attorney(s), Your agent(s), Your expert(s), or Your representative(s) provided to anyone at any television station, radio station, newspaper, periodical, magazine, weblog, internet website, or any other media outlet regarding Implanted Port Catheter Product(s).

(j)     Produce all documents in Your possession, custody, or control evidencing or relating to any correspondence or communication between AngioDynamics, Inc.; Navilyst Medical, Inc.; or PFM Medical, Inc. (or any related companies or divisions) and any of Your doctors, healthcare providers, and/or You relating to Implanted Port Catheter Product(s), except as to those communications which are protected by the attorney-client privilege or attorney work product doctrine.

(k)     Produce all documents in Your possession, custody, or control reflecting, describing, or in any way relating to any instructions or warnings You received prior to implantation of any Implanted Port Catheter Product(s) concerning the risks and/or benefits associated with Implanted Port Catheter Product(s), including but not limited to the Implanted Port Catheter Product(s) implanted in You.

(l)     If You underwent surgery or any other procedure to remove, in whole or in part, the Implanted Port Catheter Product(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by Your counsel for litigation purposes, that relate to any evaluation of the Implanted Port Catheter Product(s) removed from You.

(m)     Produce all documents in Your possession, custody, or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit. This includes but is not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on Your behalf for medical expenses relating to the subject of this litigation.

*[Please note: if You are not currently a Medicare-eligible beneficiary but become eligible for*

*Medicare during the pendency of this lawsuit, You must supplement Your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## **<u>VERIFICATION</u>**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that all the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information, and belief formed after a reasonable inquiry.


Date: _____

Signature: _____

Name: _____

# MEDICAL AUTHORIZATION

**To:**

**Patient's Name:** _____

You are hereby authorized to release to Carlton Fields, LLP, 80 South Eighth Street, Suite 2800, Minneapolis, MN 55402, their representatives and/or agents, any and all information and records he or she may request concerning my fire/rescue, ambulance, hospital, and all other medical records in your possession concerning my physical and mental condition and history.

Please provide the requested information for any and all dates of treatment and/or hospitalization with you, including but not limited to the following:

| | | | | | |
|---|---|---|---|---|---|
| X | Admission Records | X | Radiology Films and Discs | X | Toxicology Records & Reports |
| X | Emergency Room Records | X | Radiology Reports | X | Physical Therapy Records |
| X | Discharge Summaries | X | ECG/EKG Reports | X | Occupational Therapy Records |
| X | History & Physical Exam Records | X | EEG Reports | X | Outpatient Records |
| X | Consultation Reports | X | Pulmonary Function Reports | X | Ambulance, Fire/Rescue Records |
| X | Doctors' Notes, Reports & Orders | X | Medication Records | | Coroner/Medical Examiner Reports |
| X | Nurses' Notes | X | Social History | | Autopsy Report & Death Certificate |
| X | Progress Notes & Reports | X | Psychological Testing | X | Vocational Rehabilitation Records |
| X | Operative Reports | X | MMPI Testing & Reports | X | **Complete Copy of Chart** |
| X | Lab & Pathology Reports | X | Psychiatric Reports | X | Correspondence |
| X | Disability Rating Records | X | Chemical Dependency Records | X | Billing and Payment Records |
| X | Independent Medical Examination Records and Reports | X | Immunodeficiency Disorder Records | X | Photographs and Video and Audio Recordings |

This authorization does not allow conversations or interviews about the patient's medical history with physicians and medical personnel who were involved in the patient's treatment at hospitals or clinics, ambulance, fire/rescue, law enforcement, and/or medical personnel who observed, cared for and/or treated the patient at the scene of the accident or who were involved in transporting the patient to the hospital. This authorization allows all treating physicians, medical and emergency responders who observed and/or treated the patient to testify at a deposition.

This information is to be supplied because I have commenced a claim or civil action and the defense is entitled to the aforementioned documentation. The purpose or use of disclosure or protected health information **is not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes. I understand that I may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6 if I knowingly and in violation of HIPAA obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another person.

I understand that the information disclosed pursuant to this authorization is subject to re-disclosure by the recipient in connection with this claim and/or litigation and that the disclosed information is no longer protected by the HIPAA (Health Insurance Portability and Accountability Act) Privacy Rule or by federal or state law. I understand that treatment, payment, enrollment and/or eligibility of any benefits will not be conditioned on obtaining the individual's authorization.

I understand that I may revoke this consent at any time and that upon fulfillment of the above-stated purpose(s), this authorization will automatically expire without my express revocation. This authorization shall remain effective for 12 months from the date it is signed.

A photocopy of this authorization will be treated in the same manner as the original.

_____        _____
Patient's Signature                                                      Parent or Guardian Signature

_____        _____
Patient's Date of Birth                                                 Date Signed

## AUTHORIZATION FOR RELEASE OF SCHOOL/EDUCATION RECORDS

**TO:**

**RE:**

**DOB:**

Authorization is hereby given to Carlton Fields, LLP, 80 South Eight Street, Suite 2800, Minneapolis, MN 55402, along with their representatives and/or agents, , to be provided with copies of _____'s complete school records, including any and all report cards/transcripts, standardized testing results and counseling/medical/health records. This information is to be supplied because I have commenced a claim or civil action and the defense is entitled to the aforementioned documentation. A photocopy of this authorization will be treated in the same manner as the original.

Dated: _____        _____
                                                          Signed

## AUTHORIZATION TO RELEASE EMPLOYMENT INFORMATION

**Re:**

**DOB:**

This will authorize _____ to release to Carlton Fields, LLP, 80 South Eighth Street, Suite 2800, Minneapolis, MN 55402, their representatives and/or agents, any and/or all information from my employment and personnel files or records, including, but not limited to, worker's compensation records and/or files, personnel data, payroll, attendance, work, disciplinary actions, medical examinations, medical insurance claims information, medical records or reports, disability insurance claims information, and to obtain information concerning my eligibility for rehire and/or continued employment and other conditions of my past or present employment with you.

The information is needed for the following purpose(s):  **litigation**

I understand that I may revoke this consent in writing at any time, but that such revocation may adversely affect the purpose or course of the proceeding requiring these records. This consent will automatically expire one year after the date of signature, unless otherwise specified.

_____          _____
Date                                            Employee or Agent

Form **4506**

(April 2025)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506, visit *www.irs.gov/form4506*.**

OMB No. 1545-0429

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get your tax records and transcripts | Internal Revenue Service to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions).

**4** Previous address shown on the last return filed if different from line 3 (see instructions).

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

COMPEX LEGAL SERVICES, INC., 325 MAPLE AVENUE, TORRANCE, CA 90503 (OBO CARLTON FIELDS, 80 SOUTH 8TH STREET, SUITE 2800, MINNEAPOLIS, MN 55402)

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506.

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

_____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____

_____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____    _____ / _____ / _____

**8** **Fee.** There is a $30 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order**

| | | |
|---|---|---|
| **a** | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . | $ **30.00** |
| **b** | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . | |
| **c** | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . | $ |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been complete

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

| | |
|---|---|
| **Signature** (see instructions) | Date |
| **Print/Type name** | **Title** (if line 1a above is a corporation, partnership, estate, or trust) |
| **Spouse's signature** | Date |
| **Print/Type name** | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 41721E    Form **4506** (Rev. 4-2025)

Form 4506 (Rev. 4-2025)                                                                                                    Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7*, have been completed.

**Designated Recipient Notification**. Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification**. Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Arizona, Arkansas, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alaska, California, Colorado, Hawaii, Idaho, Kansas, Michigan, Montana, Nebraska, Nevada, North Dakota, Ohio, Oregon, South Dakota, Utah, Washington, Wyoming | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b**. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line 3. If you are currently incarcerated, include your inmate identification number, name and address on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note**. If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B,Change of Address or Responsible Party — Business, with Form 4506.

**Line 7**. Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7*, are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

**Instructions for Using this Form**

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company).  If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records.  We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

• Request the release of medical records on behalf of a minor child.  Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history.  Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

**How to Complete this Form**

We will not honor this form unless all required fields are completed.  An asterisk (*) indicates a required field.  Also, we will not honor blanket requests for "any and all records" or the "entire file."  You must specify the information you are requesting and you must sign and date this form.  We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person.  We may require proof of relationship.

**PRIVACY ACT STATEMENT**

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.  We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party.  You do not have to provide the requested information.  Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer.  Computer matching programs compare our records with those of other Federal, State, or local government agencies.  We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

**PAPERWORK REDUCTION ACT STATEMENT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.  You can find your local Social Security office through SSA's website at www.socialsecurity.gov.  Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).**  You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send only comments relating to our time estimate to this address, not the completed form.***

**Form SSA-3288** (07-2013) EF (07-2013) Destroy Prior Editions

Social Security Administration

Form Approved
OMB No. 0960-0566

# Consent for Release of Information

You must complete all required fields.  We will not honor your request unless all required fields are completed. *(*signifies a required field).*

**TO:  Social Security Administration**

| | | |
|---|---|---|
| **\*My Full Name** | **\*My Date of Birth (MM/DD/YYYY)** | **\*My Social Security Number** |

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**

COMPEX LEGAL SERVICES

(OBO CARLTON FIELDS, LLP)

**\*ADDRESS OF PERSON OR ORGANIZATION:**

325 MAPLE AVENUE, TORRANCE, CA 90503

(80 SOUTH 8TH STREET, SUITE 2800, MINNEAPOLIS, MN 55402)

**\*I want this information released because:**  litigation
 We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box.  We will not honor a request for "any and all records" or "my entire file."  Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☒ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date any____ to date all____
5. ☒ My Medicare entitlement from date any____ to date all____
6. ☐ Medical records from my claims folder(s) from date____ to date____
   If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**

   Application for benefits and supporting documentation, determination of eligibility documentation and supporting materials

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult.  I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge.  I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000.  I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

**\*Signature:** _____   **\*Date:** _____

**\*Address:** _____

**Relationship (if not the subject of the record):** _____   **\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (07-2013) EF (07-2013)