Anne Schiavone (Admitted *Pro Hac Vice*)
HOLMAN SCHIAVONE LLC
4600 Madison Ave, Ste 810
Kansas City, MO 64112
Telephone: (816) 283-8738
Facsimile: (816) 283-8739
aschiavone@hslawllc.com

R. Andrew Jones (Admitted *Pro Hac Vice*)
CORY WATSON, P.C.
2131 Magnolia Ave South
Birmingham, AL 35205
Telephone: (205) 328-2200
Fax: (205) 324-7896
ajones@corywatson.com

Andrew Van Arsdale
AVA LAW GROUP
3667 Voltaire Street
San Diego, CA 92106
Telephone: (800) 777-4141
Facsimile: (619) 222-3667
andrew@avalaw.com

*Co-Lead Attorneys for Plaintiffs*

Jenny A. Covington (SBN 233625)
jcovington@carltonfields.com
Molly J. Given (*Admitted Pro Hac Vice,* MN Bar # 387713*)*
mgiven@carltonfields.com
CARLTON FIELDS, P.A.
80 South Eighth Street
Suite 2800
Minneapolis, MN 55402
Telephone:   (612) 605-9510
Facsimile: (612) 605-9511

Eden M. Darrell (SBN 295659)
edarrell@carltonfields.com
CARLTON FIELDS
2029 Century Park East
Suite 1200
Los Angeles, California 90067-2913

1

Tel: 202.965.8174
Fax: 202.965.8104

Mac R. McCoy (Admitted *Pro Hac Vice*, FL Bar # 513407)
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd.
Suite 1000
Tampa, FL 33607-5780
Telephone:   (813) 229-4393
Facsimile: (813) 229-4133
mmccoy@carltonfields.com

*Attorneys for Defendants AngioDynamics, Inc., and Navilyst Medical, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET Assigned for All Purposes to Hon. Jinsook Ohta and U.S. Magistrate Valerie E. Torres **JOINT STATUS REPORT REGARDING OUTSTANDING DISCOVERY ISSUES PURSUANT TO THE COURT'S JUNE 23, 2026 ORDER (DOC. 735).** |

Pursuant to the Court's June 23, 2026 Order (Doc. 735), the parties respectfully submit this Joint Status Report regarding certain discovery issues that remain unresolved in advance of the Status Conference currently scheduled for July 24, 2026.

Plaintiffs have raised certain concerns regarding the sufficiency of Defendant AngioDynamics, Inc.'s responses and objections to Plaintiffs' First Set of Interrogatories, Second Set of Interrogatories, First Request for Production, Second Request for Production, Third Request for Production, and the overall degree of transparency and collaboration in the discovery process.  The parties have exchanged extensive correspondence concerning these issues and have engaged in numerous meet-and-confer efforts, including a most recent

videoconference conducted on July 22, 2026.  AngioDynamics is still in the process of responding to Plaintiffs' most recent deficiency notice, dated July 20, 2026. AngioDynamics also served a document production on Plaintiffs on July 21, 2026 totaling in excess of 23,000 pages, and intends to make another substantial document production in the next few business days.

Although AngioDynamics maintains that its discovery responses are appropriate and that its asserted objections are well-founded, Plaintiffs believe the objections are not specific enough to warrant reformulation absent additional meet-and-confer efforts. The parties have agreed to continue those meet-and-confer efforts and the parties' discussions to date have identified areas in which additional information or supplementation may potentially be provided and in some cases has potentially been produced as recently as July 21, 2026. Accordingly, AngioDynamics is still evaluating whether, and to what extent, further amended or supplemental responses may be provided from documents and information in AngioDynamics's possession, custody, and control.   At present, however, counsel for AngioDynamics continue to confer with their client regarding the scope of any such supplementation.  AngioDynamics anticipates that forthcoming additional discussions will provide greater clarity regarding the extent to which additional responsive information can reasonably be identified and produced.

The parties have also met and conferred on an agreed search methodology and have exchanged metrics about their respective proposals to adjust the scope of data involved in a proportional way. Progress has been made to substantially narrow the issues since the June 22, 2026 status conference. The remaining issue in the proposed workflow – which is otherwise agreeable – is the extent of culling (data reduction) to be performed using search terms prior to the application of a TAR/machine learning methodology to review the documents that remain. Plaintiffs believe their current search term set adequately culls down the data set

to an amount that is likely proportional to the needs of the case. AngioDynamics disagrees and has proposed its own set of search terms it believes are more appropriate, relevant, and proportional to the needs of the case.  The parties continue to discuss their competing search terms and hope to resolve any differences without Court intervention.

In light of the parties' ongoing work to resolve these issues without Court intervention, and given the possibility that continued discussions and production may narrow or eliminate some or all of the disputes presently at issue, the parties jointly represent that there are no issues for the Court to address at this time and they jointly request to reserve the right to revive these issues for disposition at a future case management conference, if necessary, to resolve any continuing differences in order to avoid adverse impact on the existing schedule.

Dated:  June 22, 2026

/s/  Mac R. McCoy
Molly Jean Given (pro hac vice)
Jenny A. Covington
David J. Carrier (pro hac vice)
Claire Barlow (pro hac vice)
**CARLTON FIELDS**
IDS Center
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
Tel: 612.605.9923 | Fax: 612.605.9511
mgiven@carltonfields.com
jcovington@carltonfields.com
dcarrier@carltonfields.com
cbarlow@carltonfields.com

Eden M. Darrell
**CARLTON FIELDS**
2029 Century Park East
Suite 1200 | Los Angeles, California 90067-2913
Tel: 202.965.8174 | Fax: 202.965.8104
EDarrell@carltonfields.com

Mac R. McCoy (Admitted *Pro Hac Vice*, FL Bar # 513407)
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd.
Suite 1000
Tampa, FL 33607-5780
Telephone:   (813) 229-4393
Facsimile: (813) 229-4133
mmccoy@carltonfields.com

*Attorneys for Defendants AngioDynamics, Inc. and Navilyst Medical, Inc.*

/s/   R. Andrew Jones
R. Andrew Jones (Admitted *Pro Hac Vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone : (205) 328-2200

5

Facsimile: (205) 324-7896
ajones@corywatson.com

*/s/ Anne Schiavone*
Anne Schiavone (Admitted *Pro Hac Vice*)
**HOLMAN SCHIAVONE LLC**
4600 Madison Ave, Ste 810
Kansas City, MO 64112
Telephone: (816) 283-8738
Facsimile: (816) 283-8739
aschiavone@hslawllc.com

*/s/ Andrew Van Arsdale*
Andrew Van Arsdale
CA State Bar No. 323370
**AVA LAW GROUP**
3667 Voltaire Street
San Diego, CA 92106
Telephone: (800) 777-4141
Facsimile: (619) 222-3667
andrew@avalaw.com

*Co-Lead Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF filing system, which will provide electronic notice and an electronic link to the document to all counsel of record.

Dated:   June 22, 2026

/s/  Mac R. McCoy

7