UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO COMPEL, SETTING STATUS CONFERENCE, AND GOVERNING DISCOVERY RESPONSES** |

The Court held a Status Conference on September 21, 2026. ECF No. 820. At the Status Conference, the Court and the parties discussed several discovery disputes described in the parties' Joint Status Report. ECF Nos. 788, 817. Having considered the parties' positions, the Court hereby **ORDERS** the following:

1. The Court hereby **GRANTS** leave for Plaintiffs to file a motion to compel regarding those discovery disputes raised in the parties' September 17, 2026 Joint Status Report and not resolved on the record during the September 21, 2026 Status Conference. *See* ECF Nos. 788, 818. In their briefing, the parties **SHALL** address:

   a. Whether Plaintiffs timely raised the discovery disputes pursuant to Case Management Order No. 6 (*see* ECF No. 442 at 7), and whether any delay in raising the disputes is excusable; and

   b. Whether Defendants Angiodynamics, Inc. and Navilyst Medical, Inc. purport to limit their search for responsive information in any way, the

nature of any proposed limitation, and whether such a limitation is appropriate under Federal Rule of Civil Procedure 26.

2. Plaintiffs **SHALL** file any motion to compel by no later than **October 9, 2026**, which **SHALL** be limited to twenty (20) pages, exclusive of exhibits. Any motion to compel **SHALL** include the following:

a. The verbatim Interrogatory, Request for Admission, Request for Production/Inspection, or deposition question in dispute;

b. The verbatim response to the request or question at issue;

c. If a privilege or protection from disclosure is asserted, the line item(s) of the privilege log describing the document(s)/information withheld; and

d. A statement explaining what relief the moving party seeks and an analysis of applicable law supporting the requested relief.

3. Defendants **SHALL** file any opposition(s) by no later than **October 23, 2026**, which **SHALL** be limited to twenty (20) pages, exclusive of exhibits.

4. Plaintiffs **MAY** file a reply by no later than **October 30, 2026**, which **SHALL** be limited to seven (7) pages.

5. Defendants Angiodynamics, Inc. and Navilyst Medical, Inc. **SHALL** promptly serve amended responses to Plaintiffs' Requests for Production of Documents stating that any responsive documents produced to date comply with Federal Rule of Civil Procedure 34(b)(2)(E)(i) and/or (ii), accompanied by a declaration verifying the accuracy of each response.

6. The Court hereby **SETS** a Status Conference by video conference for **November 6, 2026 at 1:30 p.m.** before Magistrate Judge Valerie E. Torres. The Court will provide video conference information at least two business days prior to the Status Conference.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Honorable Valerie E. Torres
United States Magistrate Judge