**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No.: 3:24-md-03125-JO-VET<br><br>JUDGE JINSOOK OHTA<br><br>**JOINT MOTION FOR PROPOSED ORDER CONTINUING DEADLINES IN CASE MANAGEMENT ORDER NOS. 6 AND 7.** |

The Parties hereby submit their [Proposed] Order Continuing Deadlines in Case Management Order Nos. 6 and 7 as continuing by the Court's April 24, 2026 Order. (ECF No. [680]). Proposed Order attached as Exhibit A. The Parties respectfully submit Exhibit A for the Court's consideration.

Dated: November 3, 2026

*<u>/s/ Molly Jean Given</u>*
Molly Jean Given (pro hac vice)
Jenny A. Covington
Matthew J. Smaron (pro hac vice)
**CARLTON FIELDS**
IDS Center
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
Tel: 612.605.9923 | Fax: 612.605.9511
mgiven@carltonfields.com
jcovington@carltonfields.com
msmaron@carltonfields.com

*Attorneys for Defendants AngioDynamics, Inc. and Navilyst Medical, Inc.*

*/s/ R. Andrew Jones*
R. Andrew Jones *(admitted pro hac vice)*
CORY WATSON, P.C.
2131 Magnolia Ave. S.
Birmingham, AL 35205
Phone: (205)328-2200
ajones@corywatson.com
*Co-Lead Attorney for Plaintiffs*

*/s/ Tariq M. Naeem*
Michael C. Zellers
Tariq M. Naeem
Su-Lyn Combs
**TUCKER ELLIS LLP**
515 Flower St #4200
Los Angeles, CA 90071
michael.zellers@tuckerellis.com
tariq.naeem@tuckerellis.com
su-lyn.combs@tuckerellis.com

*Attorneys for Defendant PFM Medical Inc*