# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET<br><br>JUDGE JINSOOK OHTA<br>VALERIE E. TORRES U.S. MAGISTRATE<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES IN CASE MANAGEMENT ORDER NOS. 6 AND 7.** |

On October 23, 2026, this Court ORDERED the Parties to jointly file any proposal to extend existing case deadlines. (ECF No. [870]). The Court GRANTS the Parties Joint Motion to Continue Deadlines in Case Management Order ("CMOs") Nos. 6 and 7. Accordingly, the case deadlines set forth in CMO 6 (ECF No. [442]) and CMO 7 (ECF No. [466]) as continued in this Court's April 24, 2026 Order (ECF No [680]) shall be extended by one 120 days and 90 days respectively.[1] To the extent this Order conflicts with any deadlines set forth in CMO Nos. 6, 7 and Dkt. No. 680, this Order controls. The new case deadlines are as follows:

**Deadlines Related to CMO 6**

I. **The Initial Pool.**

Defendants shall then produce the DFS for each case by **February 1, 2027**.

Preliminary fact discovery for the Initial Pool shall be completed by **May 19, 2027**.

II. **Bellwether Pool**

On or before, **June 9, 2027** the Parties each shall make a simultaneous

[1] Pursuant to Fed. R. Civ. P. 6 and S.D. Cal. Civ. L.R. 7.1, any new deadline that fell on a Saturday, Sunday, or legal holiday was moved until the end of the next day that is not a Saturday, Sunday, or legal holiday.

exchange of lists identifying five (5) cases each from the Initial Pool for the Bellwether Pool, for a total of ten (10) cases.

## III. Bellwether Discovery

### A. Bellwether Pool Fact Discovery

By **June 21, 2027** the Parties shall meet and confer to prepare a plan and schedule for proposed further case-specific fact discovery of bellwether pool cases. The Parties shall submit their joint proposed plan to the Court by no later than **July 6, 2027**.

### B. Bellwether Pool Expert Discovery

By **August 25, 2027**, Plaintiffs shall comply with the disclosure provisions in Fed. R. Civ. P. 26(a)(2)(A)—(C). By **October 27, 2027**, Defendants shall comply with the disclosure provisions in Fed. R. Civ. P. 26(a)(2)(A)—(C). Plaintiffs shall supplement their disclosures regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) and 26(E) by **November 30, 2027**. Expert depositions shall be completed by no later than **January 28, 2028**.

### C. Bellwether Rule 702 and Summary Judgment Motions

Rule 702 Motions and Summary Judgment Motions shall be filed by **March 28, 2028**. Any oppositions shall be filed **May 12, 2028**. Any replies shall be filed by **June 13, 2028**.

## Deadlines Related to CMO 7

## I. Common-Issue Fact Discovery

All common-issue fact discovery, including discovery by subpoena, shall be completed by all parties by **May 17, 2027**.

### A. Expert Discovery

Plaintiffs shall provide full and complete expert disclosures for their common-issue experts as required by Fed. R. Civ. P. 26(a)(2)(A)—(C) and (E) by no later than **July 26, 2027**.

Defendants shall provide full and complete common-issue expert

disclosures as required by Fed. R. Civ. P. 26(a)(2)(A)—(C) and (E) no later than **September 27, 2027**.

Plaintiffs' rebuttal expert disclosures, if any, shall be made no later than **November 1, 2027**.

Expert depositions shall be completed no later than **December 16, 2027**.

All expert discovery shall be completed by all parties by **December 16, 2027**.

B. Motions to Exclude Common-Issue Experts and for Summary Judgment

Motions to exclude common-issue experts and motions for summary judgment on MDL-wide issues shall be filed by **February 28, 2028**.

Any responses in opposition to those motions shall be filed by **April 13, 2028**.

Any replies in support of those motions shall be filed by **May 15, 2028**.

**IT IS SO ORDERED.**

Dated: ________________ 2026 By: ________________________________

Honorable Valerie E. Torres
United States Magistrate Judge